IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE FIRST LIBERTY INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN A. ANDERSON,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 14-2966 |

**ORDER**

**AND NOW**, this 23rd day of *May*, 2016, upon consideration of the Motion by First Liberty Insurance Corporation for Summary Judgment (Docket No. 22), John A. Anderson's Response and Cross-motion for Summary Judgment (Docket No. 23), and First Liberty's Response thereto (Docket No. 24), it is hereby **ORDERED** that First Liberty's Motion is **GRANTED** and Anderson's Motion is **DENIED**.

**JUDGMENT IS ENTERED** in favor of First Liberty and against Anderson. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT,  J.